UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IMMACULATE HEART CENTRAL SCHOOL,

                    Plaintiff,                7:10-CV-1471

        -v-

THE NEW YORK STATE PUBLIC HIGH
SCHOOL ATHLETIC ASSOCIATION and
SECTION III,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge


**O R D E R**

        Pursuant to the oral decision of the Court, entered into the record after hearing oral

argument on September 14, 2012, in Utica, New York, it is hereby

        ORDERED that

        1.  Defendants New York State Public High School Athletic Association and Section

III's motion for summary judgment is GRANTED;

        2.  Plaintiff Immaculate Heart Central School's motion for summary judgment is

DENIED;

        3.  The complaint is DISMISSED in its entirety; and

    4.  Defendants New York State Public High School Athletic Association and Section III's counterclaims requesting attorneys' fees pursuant to 42 U.S.C. § 1988 are sua sponte DISMISSED.

    IT IS SO ORDERED.

_____
United States District Judge


Dated:  September 14, 2012
          Utica, New York.